No. 99–5300. MILLER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–5302. ANTHONY Y. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5303. COOPER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–5304. CASTON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–5305. SANCHEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5306. RUIZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5307. REED v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5308. RICKERBY v. EVERETT, WARDEN. Sup. Ct. Wyo. Certiorari denied.

No. 99–5309. LOFTIN v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 99–5310. MILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5311. LAWRENCE v. ARMONTROUT. C. A. 8th Cir. Certiorari denied.

No. 99–5312. LARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5313. MESA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5314. FRYE v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Catawba County, N. C. Certiorari denied.

No. 99–5315. FELICIANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.